```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **BILLY JACK KEENE,** | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO.15-00077-WS-B |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     Respondent. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED,** as Petitioner's claims are not cognizable under 28 U.S.C. § 2241.

**DONE** this 15th day of February, 2017.

                                              s/WILLIAM H. STEELE
                                              **CHIEF UNITED STATES DISTRICT JUDGE**